# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>Delora Bee Farmer, DOB: XX/XX/1974, Social Security Number: XXX-XX-2289 | | Case No.  22-04433-MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona.
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As set forth in Attachment B.

**The Affidavit of Special Agent R. Russell Nimmo is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     December 26, 2022     .
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

Any U.S. Magistrate Judge on duty in AZ
     *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for___ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____     **Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.12.12 11:28:03 -07'00'
     *Judge's signature*

City and State:  Flagstaff, Arizona     Honorable Camille D. Bibles, U.S. Magistrate Judge
     *Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

Name: Delora Bee Farmer

SSN: XXX-XX-2289

DOB: XX/XX/1974

## **ATTACHMENT B**

### **ITEMS TO BE SEIZED**

Evidence in the form of deoxyribonucleic acid ("DNA") to be obtained from Delora Bee Farmer through cotton/buccal swabs in the mouth.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-04433-MB | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:

Executing officer's signature


Printed name and title

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

Delora Bee Farmer, DOB: XX/XX/1974,
Social Security Number: XXX-XX-2289

)
)
)
)

Case No.  22-04433-MB

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, F.B.I. Special Agent R. Russell Nimmo, a federal law enforcement officer for the government,
request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the
following person or property *(identify the person or describe the property to be searched and give its
location)*:

### See Attachment A.

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

### See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- [X] evidence of a crime;
- [ ] contraband, fruits of crime, or other items illegally possessed;
- [ ] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1153 and 1111 | CIR – Second Degree Murder |

The application is based upon the following facts:

- [X] Continued on the attached sheet (see attached **Affidavit**).
- [ ] Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested
  under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Alanna Kennedy *AK*.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty
of perjury that the foregoing is true and correct.

Executed on: 12/9/22

_____
*Applicant's Signature*

R. Russell Nimmo, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Date/Time: _____

Date: _____

City and State:  Flagstaff, AZ _____

Camille D. Bibles

Digitally signed by Camille D.
Bibles
Date: 2022.12.12 11:28:47
-07'00'

_____
*Judge's Signature*

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

Name: Delora Bee Farmer

SSN: XXX-XX-2289

DOB: XX/XX/1974

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

Evidence in the form of deoxyribonucleic acid ("DNA") to be obtained from Delora Bee Farmer through cotton/buccal swabs in the mouth.

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, R. Russell Nimmo, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February 2003. I have participated in and supervised numerous federal investigations, including investigations related to violent crime in Indian Country, homicides, and racketeering. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

2.     I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the collection of deoxyribonucleic acid (DNA) evidence located in and on the body of DELORA BEE FARMER ("DELORA"), a.k.a. Delora Watahomigie, Date of Birth: XX/XX/1974, Social Security number: XXX-XX-2289, relating to violations of 18 U.S.C. §§ 1153 and 1111, CIR-Second Degree Murder, as set forth in Attachments A and B (all redacted information known to law enforcement).

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Because this affidavit is made for the limited purpose of establishing probable cause, I have not listed every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of 18 U.S.C. §§ 1153 and 1111 is located in and on the body of DELORA. Accordingly, this application requests authority to search DELORA as described in Attachment A, for evidence of this crime as described in Attachment B.

1

## PROBABLE CAUSE

### Report of deceased Baby Doe on Fort Hall Indian Reservation

4.      On November 29, 2002, at approximately 4:57PM, dispatch operators at the Fort Hall Police Department ("FHPD") were notified about a baby appearing to be deceased in front of R.C. and C.C.'s residence along Route 1 in Pocatello, Idaho. The residence is on South Bannock Road and Simplot Road, within the boundaries of the Fort Hall Indian Reservation. Responding officers from FHPD arrived within five minutes, followed shortly after by emergency responders from the Fort Hall Fire Department.

5.      C.C. made the initial call to FHPD regarding the baby. She indicated to responding officers that her two sons, J. and R., were outside playing football on the afternoon of November 29, 2002. At approximately 4:50PM, her sons ran into the house saying that there was a baby outside. C.C. ran outside and observed a baby lying face down on the ground and immediately placed an emergency call for assistance.

6.      Responding officers observed a baby (Baby Doe) laying east of the residence. Baby Doe had black hair. Half of Baby Doe's body was wrapped with a red blanket and the other half was exposed to the elements and turning blue. The umbilical cord and placenta were still attached. A white bucket containing what appeared to be blood laid next to Baby Doe. There was frozen blood on the ground near him. The nature of the scene suggested to the officers that Baby Doe had been inside the bucket when the bucket was tossed. The red blanket that partially covered him appeared torn.

### Baby Doe Autopsy Examination

7.      On December 1, 2002, Dr. Steve M. Skoumal, Pathologist, performed an autopsy examination of Baby Doe at the Portneuf Medical Center in Pocatello, as authorized by the Bingham County Coroner. The purpose of the autopsy was to determine the cause of death and to determine if Baby Doe was viable at the time of birth.

8.      Autopsy findings indicated a well-developed and well-nourished Native American newborn male. Baby Doe's weights and measurements were that of a term, 40 gestational week, newborn. There were no vital reactions to any injuries such as strangulation or head

trauma. However, the condition of the body did lead Dr. Skoumal to conclude that Baby Doe died of hypothermia from exposure to elements of nature.

### Investigative Steps and CODIS Match with ALDORA FARMER

9.      An FBI Special Agent from the Pocatello Resident Agency was assigned to this matter to work jointly with FHPD. Both agencies worked closely together from the time Baby Doe was discovered. Initial investigative steps consisted of conducting a neighborhood canvass, interviewing all potential witnesses, and identifying and interviewing all women known to be pregnant in the area. The investigation also included obtaining DNA samples. In this case, investigators tried to determine who Baby Doe's parents might be based on genetic evidence found at the crime scene.

10.     For many years since Baby Doe was discovered, investigators continued to test evidence and review witness statements in attempts to learn more about Baby Doe and his family, with no significant developments. However, on December 21, 2020, the FBI received information from the Idaho State Police ("ISP") Crime Lab regarding a match between crime scene evidence and the Combined DNA Index System ("CODIS"). Specifically, blood from a blanket found with Baby Doe matched the DNA profile of a Native American Female, ALDORA DOT FARMER ("ALDORA").

### DNA Collection from ALDORA DOT FARMER

11.     On March 4, 2022, FBI Agents contacted ALDORA in the Uintah County Jail, in Vernal, Utah. ALDORA provided agents with a signed consent form to allow collection of her DNA by a buccal swab.

12.     On March 23, 2022, the ISP Lab informed the FBI that their analysis determined, with a likelihood of 99.99%, that ALDORA was Baby Doe's mother. The ISP Lab indicated that the only other person who would share a DNA profile to match Baby Doe's mother would be ALDORA's identical twin, DELORA BEE FARMER.

### Relationship between ALDORA DOT FARMER and DELORA BEE FARMER

13.     FBI reviewed D.F.'s obituary, which indicated D.F. was ALDORA and DELORA's father. D.F. died at age 62 on February 7, 2006. Background records revealed that

ALDORA and DELORA share the same birthday, XX/XX/1974. Further review indicated that ALDORA and DELORA lived on the Fort Hall Indian Reservation at the time Baby Doe was discovered. DELORA and ALDORA are enrolled members of the Shoshone-Bannock Tribe.

### Interview with DELORA BEE FARMER

14. On December 9, 2002, DELORA was interviewed by FHPD at her residence on South Bannock Road, near C.C.'s residence, where FHPD found Baby Doe. DELORA stated she was unaware of anything suspicious related to the death of Baby Doe.

### Interview with I.D.

15. On December 9, 2002, I.D. was interviewed at his residence on South Bannock Road, south of C.C.'s residence. I.D. indicated that his wife called FHPD at approximately 2AM on the morning of November 29, 2002, to report a "beer party" at DELORA's residence and a car driving around recklessly.

### Current Location of DELORA BEE FARMER

16. DELORA currently resides on the Havasupai Indian Reservation, in Havasupai Arizona. A Task Force Office ("TFO") with the FBI made contact with DELORA on or around October 24, 2022 and provided confirmation of her location. DELORA's location was again confirmed by a TFO on December 1, 2022.

17. A DNA standard from DELORA is needed to confirm or deny that her DNA matches blood from a blanket found with Baby Doe. The ISP laboratory will perform the necessary direct forensic comparison to support this investigative upon receipt of a known DNA standard via buccal swab from DELORA.

//

//

//

//

//

//

## THINGS TO BE SEARCHED FOR AND SEIZED

18.     Accordingly, your affiant respectfully requests that a search warrant be issued authorizing the search and seizure of DNA to be obtained from DELORA for the reasons stated above. Process of collection will be limited to the seizure of a DNA standard by the use buccal swabs.  Method of collection will be oral, that is, by inserting the buccal swabs into DELORA's mouth for the purpose of collecting saliva and cheek cells. While buccal swabs are a relatively non-invasive way to collect DNA, it may be necessary to restrain DELORA briefly to obtain DNA samples if she is non-compliant.

## CONCLUSION

19.     Based on the information in this affidavit, your Affiant respectfully submits there is probable cause to believe that evidence described in **Attachment B** supporting an investigation related to violations of 18 U.S.C. §§ 1153 and 1111 will be discovered on DELORA described in **Attachment A**.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

Respectfully submitted,

Special Agent R. Russell Nimmo
Federal Bureau of Investigation

Subscribed and sworn to me telephonically on this _____ day of December, 2022.

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2022.12.12 11:27:06 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge